In the Matter of the Arbitration between MORRIS WHITE FASHIONS, INC., Appellant, and SUSQUEHANNA MILLS, INC., Respondent.

Submitted April 15, 1946; decided April 18, 1946.

*Daniel E. Woodhull* for motion.
*Archibald Palmer* opposed.

Motion denied, with leave to renew upon the argument. In addition to the question of finality, counsel are requested to brief and discuss the constitutionality of paragraph (c) of subdivision 1 of section 588 of the Civil Practice Act (L. 1942, ch. 297).